UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-7819 FMO (SSx) | Date | December 13, 2019 |
| Title | Terry Fabricant v. Leo Capital Group, LLC | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Cheryl Wynn | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). The court may dismiss the action prior to the 90 days, however, if plaintiff has not diligently prosecuted the action.

In the present case, it appears that one or more of these time periods has not been met. Specifically, although plaintiff Terry Fabricant ("plaintiff") has filed a Complaint, (see Dkt. 1, Complaint), and a First Amended Complaint, (see Dkt. 10, First Amended Complaint), plaintiff has not filed a proof of service and defendant Leo Capital Group, LLC ("defendant") has not appeared in this case. (See, generally, Dkt.). Accordingly, plaintiff is ordered to show cause in writing on or before **December 20, 2019**, why this action should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of either: (1) a Proof of service of summons and complaint on the following defendant: **Leo Capital Group, LLC**; or (2) an answer by defendant **Leo Capital Group, LLC** on or before the date indicated above. Failure to file a timely response to this Order to Show Cause shall result in the action or the above defendant being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Local Rule 41; Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | | |
|---|---|---|
| | 00 : 00 | |
| Initials of Preparer | cw | |